RECEIVED
JUN 4 201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD ROBY, et ux.,       *   Case No.: 93-3499 (MD)(1)
                           *   Case No.: MDL-875 (PAE)
    Plaintiffs            *
                           *
v.                         *
                           *
ACandS, Inc., et al.,      *
                           *
    Defendants            *
        * * * * * * * * * *

### O R D E R

1.  On Motion of Mary Roby for substitution in place of Donald Roby, deceased, it appearing to the Court that the said Donald Roby died testate on June 4, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Mary Roby has been duly appointed Personal Representative of the Estate of Donald Roby, and is qualified and is acting as such.

2.  On Motion of Mary Roby, plaintiff and surviving spouse of Donald Roby, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said Donald Roby died on June 4, 1998; that the Plaintiff, Mary Roby, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Mary Roby, Personal Representative of the Estate of Donald Roby, be substituted as Plaintiff herein in place of Donald Roby, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be

(1)




amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Mary Roby, Plaintiff and surviving spouse of Donald Roby, be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner   S.J.

DATE: June 4, 2001

G:\WPFILE\2.00DOCS.BSM\DOCBSM.016

(2)